**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50135 |
| Plaintiff - Appellee, | D.C. No. 3:05-cr-00538-GT-1 |
| v. | |
| MOISES RAMIREZ-ACOLTZI, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Gordon Thompson, District Judge, Presiding

Submitted December 14, 2010 [**]
San Francisco, California

Before: GOODWIN, WALLACE, and THOMAS, Circuit Judges.

Moises Ramirez-Acoltzi appeals the district court's judgment revoking his

supervised release and the sentence imposed upon his revocation.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Ramirez-Acolotzi contends that the supervised release revocation procedures set forth in 18 U.S.C. § 3583(e)(3) violate *Apprendi v. New Jersey*, 530 U.S. 466 (2000). As Ramirez-Acoltzi concedes, this contention is foreclosed by *United States v. Santana*, 526 F.3d 1257, 1262 (9th Cir. 2008), and he raises it only to preserve the issue for further review.

**AFFIRMED**.